EARL RYAN, BY NEXT FRIEND, ET AL., v. CHARLES
JONES ET AL.

Decided December 1, 1927.

Negligence—Injury to Four-Year-Old Boy by an Automobile—
Award of $500 to Father and None to Boy Held to Indicate
That Jury Did Not Appreciate Its Duty—If Defendant was
Responsible a Proper Award to Boy Should Have Been Made.

On plaintiffs' rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the rule, *Jacob R. Mantel.*

*Contra, Charles W. Weeks.*

PER CURIAM.

This suit was brought by a boy, four years old, and his
father, to recover compensation for injuries received by the
boy through being run down by an automobile of the de-
fendants, and for the losses sustained by the father by reason
of those injuries. The trial resulted in a verdict in favor
of the father, the jury awarding him $500; but it made no
finding either in favor of or against the child.

This action on the part of the jury plainly indicates that
its members entirely failed to appreciate the duty that they
were called upon to perform. If they considered that the
defendants were solely responsible for the injuries received
by the boy, their obligation was to award compensation to him
for those injuries. On the other hand, if they found the con-
trary to be the fact, then their award to the father was with-
out legal warrant.

The rule to show cause will be made absolute.